UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RICHARD HIRSCH, Assignee of Certain Claims
of the Bankruptcy Estate of Franklin Industries,
LLC,

**JUDGMENT**
12-CV-952 (RRM)

           Plaintiff,

    - against -

QINGDAO ORIEN COMMERCIAL
EQUIPMENT CO., LTD., f/k/a AUCMA, JOHN
DORAN, MICHAEL WITTHOFT, FIVE STAR
ENTERPRISES LIMITED, and ORIEN USA,
LLC,

           Defendants.
----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      A Memorandum and Order of the undersigned having been filed this day granting the motions of defendants John Doran and Orien USA, LLC, (Doc. No. 37), and of defendant Qingdao Orien Commercial Equipment Co., Ltd, (Doc. No. 40), to dismiss the complaint against them for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1), and further dismissing the complaint against the remaining defendants, Michael Witthoft and Five Star Enterprises Limited, for lack of standing, it is hereby

      ORDERED, ADJUDGED AND DECREED that the complaint is dismissed, that plaintiff take nothing of defendants, and that this case is hereby closed.

SO ORDERED.

*/s/ Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       March 6, 2015

_____
ROSLYNN R. MAUSKOPF
United States District Judge